Searles et al. *v.* Breiner et al., Appellants.

Argued January 19, 1971. Before JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

*Francis X. Nolan,* with him *Joseph F. Leeson,* for appellants.

*James C. Hogan,* with him *Hogan & Scott,* for appellees.

OPINION PER CURIAM, June 1, 1971:
Order affirmed.
Mr. Chief Justice BELL took no part in the consideration or decision of this case.